UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA M.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. C18-6052-JLR-MLP<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. (Dkt. # 4.) The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. # 15.) Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ").

On remand, the ALJ will be directed to reevaluate Plaintiff's residual functional capacity; further evaluate whether Plaintiff can perform her past work at step four of the sequential evaluation process, with the assistance of a vocational expert; and issue a new decision.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that the Honorable James L. Robart immediately approve this Report and

REPORT AND RECOMMENDATION - 1

Recommendation. The Clerk should note this matter for August 2, 2019 as ready for Judge Robart's consideration. A proposed order accompanies this Report and Recommendation.

Dated this 2nd day of August, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge