U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BARBARA MARIE MACKEY,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:18-cv-06052-JLR<br><br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $9,652.40 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $1,834.81 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 30th day of September, 2020.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

1 | Recommended for Entry
2 | This ___ day of _____, 2020.
3 | _____
4 | United States Magistrate Judge
5 |
6 | Presented by:
7 | s/ Kevin Kerr
   | KEVIN KERR, WSB #47715
   | Schneider Kerr Law Offices
8 | PO Box 14490
   | Portland, OR 97293
9 | (503) 255-9092
   | kevinkerr@schneiderlaw.com